*Kase & Druker*
*Counsellors at Law*
*1325 Franklin Avenue*
*Suite 225*
*Garden City, N.Y. 11530*

(516) 746-4300
FAX NO. (516) 742-9415

JAMES O. DRUKER*
ELIZABETH S. KASE
SCOTT M. DRUKER

COUNSEL
PAULA SCHWARTZ FROME
ALAN G. KRAUT

* (MEMBER N.Y., MASS. & FLA BAR)

WESTCHESTER OFFICE
136 PALMER AVENUE
MAMARONECK, N.Y. 10543
(914) 834-4600

SARASOTA OFFICE
JAMES O. DRUKER
408 GULF OF MEXICO DRIVE
LONGBOAT KEY, FLORIDA 34228
(941) 383-3500

September 28, 2012

Hon. Joseph F. Bianco
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: Anilao, et. al. v. Spota, et. al.
10 CV 00032-JFB-WDW

Dear Judge Bianco:

This office represents plaintiffs Juliet Anilao, Harriet Avila, Mark Dela Cruz, Claudine Gamaio, Elmer Jacinto, Jennifer Lampa, Rizza Maulion, James Millena, Theresa Ramos, and Ranier Sichon (the "Nurse Plaintiffs"). We write to reiterate a position that we perhaps did not make clear enough regarding the release of Grand Jury minutes.

The Plaintiffs will agree to any reasonable restrictions on the use of the minutes, including having the minutes reviewed at the Courthouse by attorneys only, taking all depositions that rely upon the minutes at the Courthouse and sealing the transcript of any portion of the deposition that concerns the minutes, and any other reasonable conditions prescribed by the Court to preserve the secrecy of the minutes.

I thank you for your attention to this matter.

Very truly yours,

JAMES O. DRUKER

*Kase & Druker*

Cc (Via ECF):   Sarah C. Lichtenstein, Esq.
                Oscar Michelen, Esq.
                Brian C. Mitchell, Esq.
                Garrett W. Swenson, Jr. Esq.