# ABRAMS AF FENSTERMAN

Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP

Attorneys at Law
www.abramslaw.com

3 Dakota Drive - Suite 300
Lake Success, New York 11042
Phone: 516-328-2300
Fax: 516-328-6638
Fax Not For Legal Service

**Howard Fensterman, Esq.**
*Managing Partner*
hfensterman@abramslaw.com

FIRM OFFICES

Brooklyn
New York
Rochester

October 23, 2019

By Hand-Delivery & ECF

Honorable Frederic Block
United States District Court
For the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Anilao v. Spota, et al.*
Docket No. 10CV32(fb) (ake)

Dear Judge Block:

This office represents Mr. Benjamin Landa in connection with his position as a co-managing member of Avalon Gardens Rehabilitation and Health Care Center and Sentosa Care, LLC ("Avalon Nursing Home" and "Sentosa Care").

The foregoing entities are two of the defendants in the above captioned matter. The purpose of this letter is to inform the Court that Mr. Landa does not consent as a co-manager of the entities to the proposed settlement on their behalf of the above-captioned matter. He has advised Ira Lipsius, Esq., who has acted as defense counsel for all defendants of this fact, and instructed him that he is not authorized to have either himself or the co-manager, Mr. Philipson, execute the settlement agreement regarding those specific entity defendants.

As it relates to the remaining defendants, Mr. Landa has no position or authority regarding what decision they will make regarding the proposed settlement.

Respectfully yours,

Howard Fensterman

Cc: Counsel by ECF