

# LIPSIUS-BENHAIM LAW, LLP

80-02 Kew Gardens Road
Suite 1030
Kew Gardens, NY 11415
Telephone: 212-981-8440
Facsimile: 888-442-0284
www.lipsiuslaw.com

**IRA S. LIPSIUS**
Direct Line: 212-981-8442
Email:  iral@lipsiuslaw.com

October 24, 2019

VIA ECF
The Honorable Frederic Block, United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

    Re:   5075.0002: *Anilao et al v. Spota et al*
             Case No. 2:10-cv-00032-FB-AKT

Dear Judge Block

We are counsel of record representing the remaining Defendants in the above referenced matter.

This letter is being sent in response to the letter of Mr. Howard Fensterman submitted to this court on October 23, 2019.

On October 17, 2019 I appeared before his Honor. An attempt was made toward an amicable resolution of the dispute and lawsuit. Throughout the negotiations I spoke to Mr. Ben Philipson and Mr. Ben Landa. I have been advised that both Messrs. Philipson and Landa are principals of Defendants Sentosa Care, LLC, Avalon Gardens Rehabilitation and Health Care Center.

Following confirmation by Mr. Philipson and Mr. Landa that the resolution of the matter as offered by the Plaintiffs was acceptable to them and Defendants Sentosa Care, LLC, Avalon Gardens Rehabilitation and Health Care Center, I confirmed to his Honor and to counsel for Plaintiffs that an amicable settlement had been reached, as indicated in the minute entry of October 17, 2019. Counsel for the parties have worked together and drafted an agreement which memorializes the parties' agreement.

Yesterday, Mr. Fensterman, who had previously represented Defendants in this action, advised that the settlement was no longer acceptable to Mr. Landa. I have not spoken directly to Mr. Landa since October 17, 2019, when Mr. Landa confirmed to me the resolution was acceptable.

Mr. Philipson has confirmed that he is prepared to honor the resolution, to which he and Mr. Landa authorized me to accept.

LIPSIUS-BENHAIM LAW, LLP

The Honorable Frederic Block, United States District Judge
United States District Court for the Eastern District of New York
October 24, 2019
Page 2

I will make myself available to the Court for a telephone conference or an in person appearance if the Court deems it helpful.

                                                Very truly yours,

                                                Ira S. Lipsius

cc: All Counsel of Record (via ECF)