

# LIPSIUS-BENHAIM LAW, LLP

80-02 Kew Gardens Road
Suite 1030
Kew Gardens, NY 11415
Telephone: 212-981-8440
Facsimile: 888-442-0284
www.lipsiuslaw.com

**IRA S. LIPSIUS**
Direct Line: 212-981-8442
Email: iral@lipsiuslaw.com

October 31, 2019

**VIA ECF**
The Honorable Frederic Block, United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:  5075.0002: *Anilao et al v. Spota et al*
            Case No. 2:10-cv-00032-FB-AKT

Dear Judge Block:

We are counsel of record for the settling Defendants in the above referenced matter.

This letter is being sent to set forth my personal position with regard to Messrs. Drucker's and Michelen's letter of October 31, 2019, related to the conduct of Mr. Howard Fensterman, submitted to this Court on October 23, 2019.

I, as well, would like a hearing to clear the false and scandalous statements and accusations asserted by both by Mr. Fensterman and Ms. Marion.

His Honor, at the October 25, 2019 hearing, stated that I would be given the opportunity to respond to the statements. These include, but are not limited to, the statement that a condition of the original settlement was the removal of Mr. Philipson from the action (I await receipt of the transcript to determine the exact language), discussions relating to allocation of the settlement among the defendants, the purpose of the funds set aside and whether Mr. Landa had unequivocally agreed to the settlement.

I must note, I am unaware of Mr. Fensterman's holding up the settlement for legal fees for his firm, as stated in Plaintiff's letter. Mr. Fensterman, however, did demand a large personal pecuniary quid-pro-quo in order to withdraw his objection to the settlement. I do not know whether a payment has been made to, or will be made to, Mr. Fensterman as the result of the settlement having been consummated.

Finally, this Court should be advised that in accordance with the settlement read into the record, the settlement funds have been transferred to Plaintiffs' attorneys' IOLTA account.

LIPSIUS-BENHAIM LAW, LLP

The Honorable Frederic Block, United States District Judge
United States District Court for the Eastern District of New York
October 31, 2019
Page 2

    I will make myself available, and I am prepared to testify at the anticipated hearing.

,

                              Respectfully submitted,

                              Ira S. Lipsius

cc: All Counsel of Record (via ECF)